# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Rasha Talafhah,

Plaintiff

vs.

Case No. _____

(*The case number will be assigned by the clerk*)

~~State of Illinois~~
~~Department of correction~~
~~Director John Baldwin,~~
Warden Marget Burke,
Warden Betrice Calhoun,
Warden Angel Wilson,
Allan Pasley over pleas,
~~[scribbled out]~~

Defendant(s)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

also attached and
forma pauperis writ of
motion for counsel habeas corpus
ad testificandum

**COMPLAINT**\*

Exibit 1A, 2A, 2B, 3A, 3B attached

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☒ Unknown  Being sexually assulted by numurous state employees while being incarcerated

\**Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Rasha Bassam Talafhah

Prison Identification Number: R89309

Current address: PO Box 1000 Lincoln Illinois 62656

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: John Baldwin

Current Job Title: Acting Director

Current Work Address: 1301 Concordia Court PO Box 19277 Springfield IL 62794

Defendant #2:

Full Name: Margret Burke

Current Job Title: Acting Warden

Current Work Address: 1096 1350th Street PO Box 1000 Lincoln IL 62656

2

Defendant #3:

Full Name: Betrice Calhoun

Current Job Title: Warden of operations

Current Work Address: 1096 1350th St PO Box 1000 Lincoln IL 62656

Defendant #4:

Full Name: Angel Wilson

Current Job Title: Warden of Programs

Current Work Address: 1096 1350th St PO Box 1000 Lincoln IL 62656

Defendant #5:

Full Name: Alan Pasley

Current Job Title: In Charge of (PreAs)

Current Work Address: 1301 Concordia Coom ~~PO Box 19277~~ Springfield IL 62794

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe  N/A

3

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐   No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number   N/A

2. Basic claim made   N/A

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)   N/A

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒   No ☐

If your answer is no, explain why not   N/A

C. Is the grievance process completed?   Yes ☒   No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Logan correctional center housing unit 15 Bravo Wing

Date(s) of the occurrence  September 22 2015 on first shift 7am 3pm

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

Rt
On September 22 2015 the tactical team asked me to cuff up I Did They asked me to strip search me I let female officer Brittney Turner now Kellys strip search me I was asked by Anthony Riss if I would consent to a cavity search "I stated I will, if you have a psychiatrist order and a M.D Doctor to Perform it" 2 minutes later nurse Clause came in and said come here let me stick my finger in you to see it you have anything I said No 10 minutes later C/o Riss came back and told me to cuff up I complied the escorted me to Bravo Wing from Charlie Wing into

5

into Rob allisons office and while I was cuffed Behind my Back The female C/O steped out and nurse leah a female nurse steped out anthoney riss, Bradley Jenkins 2 other C/O who's first names I Do not know Boyard and lipscomb, lipscomb is a seargent and Boyard is a Lieutenot now were in the room Blaine Fleter wer had The camera steped back I'm notsure if out The Room or not as Riss, lipscomb, Boyard and Jenkins Pushed me on my Back With Cuffs on my hand Behind my Back on a medical chair, 1 man hand my elbow and head held Down The other hand My other elbow held Down and 1 on each foot and forced Them apart and forced my knees apart while I was screaming for help Rob allison Opened my Jump suit stuck his hand in It and fumbled around untill he found my opening to my vigina partially stuck his finger in and then some one came in the room and said stop stop Rob allison Backed away saying I'm Done.

I'm done then the escorted me to a Room on Bravo w/29 I called a crisis c/o hendricks got amy Rude I told her I was sexually assulted and having flash Backs so she put me on a 10 minute watch when I got to 14 sgt Beckm escorted me I told her I was sexually assulted I also told Lieutenent ajoby and several other employees no one Reported it untill I told c/o Davis and Sgt settles on 2nd shift that I was sexually assolted Then I spoke with adam herserz I,A The Next Day September 23 2015 later that night Koena Peak and a state investigator talked to me about the situation and on September 24 2015 2 state police took my complaint and on march 10 2017 I got a letter from Johnathan

7

Wright States attorney in Lincoln IL that the investigation is complete and all he needs is a medical opinion on the investigation as far as I know as of 6-19-17 he still has not got one and has not pressed criminal charges on any one and none of the employees envolved have Been suspended or Disaplined at all in any way Rt eor

## RELIEF REQUESTED

*(State what relief you want from the court.)*

To Receive all 17½ months SCC Days Restoration Back and or go to work Release and or Be transfered away from the employees That sexually assulted me and or fire or Sospend employees and/or press criminal charges against Them and or Be given monetairy relelve for Damages to self and Pain and Suffering undisclosed at This time

**JURY DEMAND**  Yes ☒   No ☐

Signed this __19th__ day of __June__, 20__17__.

_____
*(Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Rasha Talafhah | R89309 |
| Address: 1096 1350Th St PO Box 1000 Lincoln IL 62656 | Telephone Number: N/A Incarcerated |

9