3:17-cv-03194-SLD   # 39   Page 1 of 1

3:17-cv-03194-SLD   # 36-1   Page 1 of 1

E-FILED
Wednesday, 25 July, 2018  01:46:56 PM
Clerk, U.S. District Court, ILCD

E-FILED
Thursday, 19 July, 2018  01:53:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| RASHA TALAFHAH,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BALDWIN et al.,<br><br>Defendants. | Case No. 3:17-cv-3194-SLD |

**Exhibit 1 to Plaintiff's Motion for Relief from Judgement**

Video Files HDV_0531 and HDV_532

(CD to be filed conventionally with the Clerk's Office,
pursuant to C.D. Ill. Local Rule 49.7(B))

